Form G-4

# REQUIRED STATEMENT
# TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

| | | | | | | |
|---|---|---|---|---|---|---|
| All Cases: | Debtor(s) | Mark A Vallejo  Maritza Vallejo | Case No. | 19-24735 | Chapter | 7 |

| | | | | | |
|---|---|---|---|---|---|
| All Cases: | Moving Creditor | WELLS FARGO BANK, N.A. | Date Case Filed | | 8/30/19 |

Nature of Relief Sought:    _X_  Lift Stay    ___  Annul Stay    ___  Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7:    ____ No-Asset Report filed on _____
              _X_ No-Asset Report not Filed, Date of Creditor's Meeting: 11/04/2019

1. Collateral
   a. Home    _X_
   b. Car     ___    Year, Make and Model_____
   c. Other   _____

2. Balance Owed as of 09/06/2019: $455,003.67
   Total of all other Liens against Collateral: $0.00

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $330,000.00, Price Opinion based on comparables.

5. Default
   a. _X_ Total Default as of 09/06/2019
          Number of months  13    Amount  $41,223.48

   b. ___ Post-Petition Default
          i.  ___ On direct payments to the moving creditor
                  Number of months _____    Amount _____

          ii. ___ On payments to the Standing Chapter 13 Trustee
                  Number of months _____    Amount _____

6. Other Allegations
   a. ___ Lack of Adequate Protection § 362(d)(1)
          i.   ___ No insurance
          ii.  ___ Taxes unpaid    Amount _____
          iii. ___ Rapidly depreciating asset
          iv.  ___ Other (describe)_____

   b. _X_ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ___ Other "Cause" § 362(d)(1)
          i.   ___ Bad faith (describe) _____
          ii.  ___ Multiple filings
          iii. ___ Other (describe)_____

   d. Debtor's Statement of Intention regarding the Collateral
          i.   ___ Reaffirm             ii. ___ Redeem
          iii. _X_ Surrender            iv. ___ No Statement of Intention Filed

Date: 9/26/2019                              /s/ Joel P. Fonferko
                                             Counsel for Movant

(Rev.12/21/09)
405-IL Northern-V1