UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-24735 |
| Mark A Vallejo | ) | |
| Maritza Vallejo | ) | Chapter: 7 |
| fka Maritza Martinez | ) | |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING THE AUTOMATIC STAY

THIS CAUSE coming to be heard on the motion of Wells Fargo Bank, N.A., a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given:

WHEREFORE, IT IS HEREBY ORDERED:
(1) Pursuant to 11 U.S.C. Section 362(d), that Wells Fargo Bank, N.A. its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. Section 362(a) by modifying said stay to permit them to pursue all non bankruptcy remedies and work out options as to the property commonly known as 2820 North 74th Avenue, Elmwood Park, IL 60707.

(2) Effective November 11, 2019.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  October 08, 2019

**Prepared by:**

Joel P. Fonferko  ARDC#6276490
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A FILE(14-19-00774)