**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Mark A Vallejo** | Social Security number or ITIN **xxx–xx–9821** |
| | First Name  Middle Name  Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Maritza Vallejo** | Social Security number or ITIN **xxx–xx–1124** |
| | First Name  Middle Name  Last Name | EIN _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court  **Northern District of Illinois**

Case number:  **19–24735**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mark A Vallejo

Maritza Vallejo
fka Maritza Martinez

January 6, 2020

**For the court:**  Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 19-24735-DRC
Mark A Vallejo                                                        Chapter 7
Maritza Vallejo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: arodarte              Page 1 of 3                  Date Rcvd: Jan 06, 2020
                               Form ID: 318                Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2020.
db/jdb         +Mark A Vallejo,    Maritza Vallejo,    7941 W Oakleaf Ave,    Elmwood Park, IL 60707-1352
28160967       +Aydee Martinez,    11109 Starboard Lane,    El Paso, TX 79936-3624
28160968       +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
28160974       +Citi/Sears,    Citibank/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
28160984       +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
28160992       +LendingClub,    Attn: Bankruptcy,    595 Market St, Ste 200,    San Francisco, CA 94105-2807
28160993       +Med Business Bureau,    Attn: Bankruptcy,    1460 Renaissance Dr #400,
                 Park Ridge, IL 60068-1349
28160994       +Merchants? Credit Guide Co.,    223 West Jackson Boulevard,    Suite 700,
                 Chicago, IL 60606-6914
28160998      #+Security National Mortgage Company,    Attn: Bankruptcy,    5300 South 360 West,
                 Salt Lake City, UT 84123-4600
28161008       +TSCU,    Attn: Bankruptcy,    12020 Rojas Dr,    El Paso, TX 79936-7711
28161011        Wells Fargo Home Mor,    Attn: Written Correspondence/Bankruptcy,    Mac#2302-04e Pob 10335,
                 Des Moines, IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: FDRHERZOG.COM Jan 07 2020 06:53:00      David R Herzog,    Herzog & Schwartz PC,
                 77 W Washington Suite 1400,    Chicago, IL 60602-3228
28160964       +EDI: PHINAMERI.COM Jan 07 2020 06:53:00      Amercred,    400 West Lake Street,
                 Roselle, IL 60172-3574
28160965       +EDI: PHINAMERI.COM Jan 07 2020 06:53:00      AmeriCredit/GM Financial,    Attn: Bankruptcy,
                 Po Box 183853,    Arlington, TX 76096-3853
28160966       +EDI: AMEREXPR.COM Jan 07 2020 06:53:00      Amex,    Correspondence/Bankruptcy,    Po Box 981540,
                 El Paso, TX 79998-1540
28223387       +EDI: ATLASACQU.COM Jan 07 2020 06:53:00      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
28160969       +EDI: TSYS2.COM Jan 07 2020 06:53:00      Barclays Bank Delaware,    Attn: Correspondence,
                 Po Box 8801,    Wilmington, DE 19899-8801
28160970       +EDI: CAPITALONE.COM Jan 07 2020 06:53:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
28160971       +EDI: CAPITALONE.COM Jan 07 2020 06:53:00      Capital One/Menards,    Attn: Bankruptcy,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
28160972       +E-mail/Text: bankruptcy@cavps.com Jan 07 2020 02:43:39      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
28160973       +EDI: CHASE.COM Jan 07 2020 06:53:00      Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                 Wilmington, DE 19850-5298
28160975       +EDI: CITICORP.COM Jan 07 2020 06:53:00      Citibank North America,
                 Citibank Corp/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
28160976       +EDI: CITICORP.COM Jan 07 2020 06:53:00      Citibank/Goodyear,
                 Citibank Corp/Centralized Bankruptcy,    Po Box 790034,    Saint Louis, MO 63179-0034
28160977       +EDI: CITICORP.COM Jan 07 2020 06:53:00      Citibank/The Home Depot,
                 Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
28160978       +EDI: WFNNB.COM Jan 07 2020 06:53:00      Comenity Bank/Express,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
28160979       +EDI: WFNNB.COM Jan 07 2020 06:53:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
28160980       +EDI: WFNNB.COM Jan 07 2020 06:53:00      Comenity Capital/Gamestop,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
28160981       +EDI: WFNNB.COM Jan 07 2020 06:53:00      Comenity/MPRC,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
28160982        EDI: WFNNB.COM Jan 07 2020 06:53:00      Comenitybank/New York,    Attn: Bankruptcy,
                 Po Box 18215,    Columbus, OH 43218
28160983       +EDI: WFNNB.COM Jan 07 2020 06:53:00      Comenitycapital/Ulta,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
28160985       +EDI: CRFRSTNA.COM Jan 07 2020 06:53:00      Credit First National Association,
                 Attn: Bankruptcy,    Po Box 81315,    Cleveland, OH 44181-0315
28160986        EDI: DISCOVER.COM Jan 07 2020 06:53:00      Discover Financial,    Attn: Bankruptcy Department,
                 Po Box 15316,    Wilmington, DE 19850
28160987       +EDI: DISCOVERSL.COM Jan 07 2020 06:53:00      Discover Student Loans,    Attn: Bankruptcy,
                 Po Box 30948,    Salt Lake City, UT 84130-0948
28160988       +E-mail/Text: info@glenviewcu.org Jan 07 2020 02:43:45      Glenview Cu,    1312 Waukegan Road,
                 Glenview, IL 60025-3022
28160989       +E-mail/Text: rev.bankruptcy@illinois.gov Jan 07 2020 02:42:52
                 Illinois Department of Revenue 1/15,    Bankruptcy Section,    PO Box 64338,
                 Chicago, IL 60664-0291
28160990        EDI: IRS.COM Jan 07 2020 06:53:00      Internal Revenue Service - 1/11,    PO Box 7346,
                 Philadelphia, PA 19101-7346
28160991       +E-mail/Text: bncnotices@becket-lee.com Jan 07 2020 02:42:01      Kohls/Capital One,
                 Kohls Card Support/Bankruptcy,    Po Box 3120,    Milwaukee, WI 53201-3120
28160995       +EDI: MID8.COM Jan 07 2020 06:53:00      Midland Funding,    2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709

```
District/off: 0752-1           User: arodarte              Page 2 of 3                   Date Rcvd: Jan 06, 2020
                               Form ID: 318                Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
28160997        EDI: PRA.COM Jan 07 2020 06:53:00      Portfolio Recovery,   Attn: Bankruptcy,
                 120 Corporate Blvd,   Norfold, VA 23502
28160999       +E-mail/Text: BKRMailOPS@weltman.com Jan 07 2020 02:42:26      Sterling Jewelers/Jared,
                 Attn: Bankruptcy,   375 Ghent Rd,   Akron, OH 44333-4601
28161000       +EDI: RMSC.COM Jan 07 2020 06:53:00      Syncb/ccdstr,   Attn: Bankruptcy,   Po Box 965060,
                 Orlando, FL 32896-5060
28161001       +EDI: RMSC.COM Jan 07 2020 06:53:00      Syncb/hhgreg,   Attn: Bankruptcy,   Po Box 965060,
                 Orlando, FL 32896-5060
28161002       +EDI: RMSC.COM Jan 07 2020 06:53:00      Synchrony Bank,   Attn: Bankruptcy Dept,
                 Po Box 965060,   Orlando, FL 32896-5060
28164057       +EDI: RMSC.COM Jan 07 2020 06:53:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
28161003       +EDI: RMSC.COM Jan 07 2020 06:53:00      Synchrony Bank/ Old Navy,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
28161004       +EDI: RMSC.COM Jan 07 2020 06:53:00      Synchrony Bank/Amazon,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
28161005       +EDI: RMSC.COM Jan 07 2020 06:53:00      Synchrony Bank/Lowes,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
28161006       +EDI: RMSC.COM Jan 07 2020 06:53:00      Synchrony Bank/Walmart,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
28161007       +EDI: WTRRNBANK.COM Jan 07 2020 06:53:00       Target,   Attn: Bankruptcy,   Po Box 9475,
                 Minneapolis, MN 55440-9475
28161009       +EDI: USAA.COM Jan 07 2020 06:53:00      USAA Federal Savings Bank,   Attn: Bankruptcy,
                 10750 Mcdermott Freeway,   San Antonio, TX 78288-1600
                                                                                              TOTAL: 39

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28160996        Nw Municipal
28202506*      +AmeriCredit/GM Financial,   Attn: Bankruptcy,   Po Box 183853,   Arlington, TX 76096-3853
28202507*      +Barclays Bank Delaware,   Attn: Correspondence,   Po Box 8801,   Wilmington, DE 19899-8801
28202508*      +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
28202509*      +Capital One/Menards,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
28202510*      +Cavalry Portfolio Services,   Attn: Bankruptcy Department,   500 Summit Lake Ste 400,
                 Valhalla, NY 10595-2322
28202511*      +Chase Card Services,   Attn: Bankruptcy,   Po Box 15298,   Wilmington, DE 19850-5298
28202512*      +Comenity Bank/Express,   Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
28202513*      +Comenity Bank/Victoria Secret,   Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
28202514*      +Comenity Capital/Gamestop,   Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
28202515*       Comenitybank/New York,   Attn: Bankruptcy,   Po Box 18215,   Columbus, OH 43218
28202516*      +Comenitycapital/Ulta,   Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
28202517*      +Credit First National Association,   Attn: Bankruptcy,   Po Box 81315,
                 Cleveland, OH 44181-0315
28202518*     ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
               (address filed with court: Discover Financial,    Attn: Bankruptcy Department,   Po Box 15316,
                 Wilmington, DE 19850)
28202519*      +Discover Student Loans,   Attn: Bankruptcy,   Po Box 30948,   Salt Lake City, UT 84130-0948
28202520*      +Illinois Department of Revenue 1/15,   Bankruptcy Section,   PO Box 64338,
                 Chicago, IL 60664-0291
28202521*      +LendingClub,   Attn: Bankruptcy,   595 Market St, Ste 200,   San Francisco, CA 94105-2807
28202522*      +Med Business Bureau,   Attn: Bankruptcy,   1460 Renaissance Dr #400,
                 Park Ridge, IL 60068-1349
28202523*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,   120 Corporate Blvd,
                 Norfold, VA 23502)
28202524*      +Security National Mortgage Company,   Attn: Bankruptcy,   5300 South 360,
                 West Salt Lake City, UT 84123-4600
28202525*      +Sterling Jewelers/Jared,   Attn: Bankruptcy,   375 Ghent Rd,   Akron, OH 44333-4601
28202526*      +Syncb/ccdstr,   Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
28202527*      +Syncb/hhgreg,   Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
28202529*      +TSCU,   Attn: Bankruptcy,   12020 Rojas Dr,   El Paso, TX 79936-7711
28202528*      +Target,   Attn: Bankruptcy,   Po Box 9475,   Minneapolis, MN 55440-9475
28202531*      +USAA Federal Savings Bank,   Attn: Bankruptcy,   10750 McDermott Freeway,
                 San Antonio,, TX 78288-1600
28202530*      +USAA Federal Savings Bank,   Attn: Bankruptcy,   10750 Mcdermott Freeway,
                 San Antonio, TX 78288-1600
28161010*      +USAA Federal Savings Bank,   Attn: Bankruptcy,   10750 Mcdermott Freeway,
                 San Antonio,, TX 78288-1600
                                                                                TOTALS: 1, * 27, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1           User: arodarte            Page 3 of 3               Date Rcvd: Jan 06, 2020
                               Form ID: 318              Total Noticed: 50
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2020 at the address(es) listed below:

```
          Brenda Ann  Likavec    on behalf of Creditor    WELLS FARGO BANK, N.A. ND-One@il.cslegal.com
          David H Cutler    on behalf of Debtor 1 Mark A Vallejo cutlerfilings@gmail.com,
           r48280@notify.bestcase.com
          David H Cutler    on behalf of Debtor 2 Maritza  Vallejo cutlerfilings@gmail.com,
           r48280@notify.bestcase.com
          David R Herzog    drhlaw@mindspring.com,
           herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net
          Joel P Fonferko    on behalf of Creditor    WELLS FARGO BANK, N.A. ND-One@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```